AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| CITYMOMS, INC <br> *Plaintiff* | ) ) ) | |
| v. | ) | Case No. 1:19-CV-4377 |
| THECITYMOMS GREATER INDIANAPOLIS LLC <br> *Defendant* | ) ) ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CITYMOMS, INC.                                                                                          .

Date:  01/16/2020

/s/ Neil D. Greenstein
*Attorney's signature*

Neil D. Greenstein, #18555
*Printed name and bar number*

TechMark Greenstein Law, P.C.
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102

*Address*

ndg@techmark.com
*E-mail address*

(347) 514-7717
*Telephone number*

(408) 280-2250
*FAX number*