UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CITYMOMS, INC. §<br>§<br>Plaintiff, §    CASE NO. 1:19-cv-4377<br>§<br>v. §<br>§<br>THECITYMOMS GREATER §<br>INDIANAPOLIS LLC §<br>§<br>Defendant. § | |

### PLANTIFF CITYMOMS LLC'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, CITYMOMS, INC and Defendant, THECITYMOMS GREATER INDIANAPOLIC LLC have settled the dispute between them. Defendant has not served an answer or a motion for summary judgment.

In accordance with the settlement between the parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, CITYMOMS, INC., hereby dismisses[1] the instant action without prejudice. Each party is to bear its own costs and attorneys fees.

Date: January 16, 2020                                   Respectfully submitted,

By:   /s/ Neil D. Greenstein
Neil D. Greenstein
TechMark, Suite #1000
1751 Pinnacle Drive
Tysons, VA 22102
Direct Tel: (571) 206-4840
Email:  ndg@techmark.com
Counsel for Plaintiff, CITYMOMS, INC.

---

[1] No order is necessary or appropriate under FRCP 41(a)(1). See, *Winterland Conessions Co. v. Smith*, 706 F.2d 793 (7th Cir. 1983). A voluntary dismissal under Rule 41(a)(1)(A)(i) allows the plaintiff to dismiss an action without court order by filing a notice of dismissal before the opposing party files an answer or a motion for summary judgment. See *Nelson v. Napolitano*, 657 F.3d 586, 587 (7th Cir. 2011) (explaining that a Rule 41(a)(1)(A) notice of dismissal is self-executing and effective without further action from the court).

## **CERTIFICATE OF SERVICE**

No parties or counsel have entered an appearance in this action.

                                               */s/ Neil D. Greenstein*
                                               Neil D. Greenstein